IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| FIRST NONPROFIT INSURANCE COMPANY, | CIVIL ACTION |
| Plaintiff, | |
| v. | No. 09-465 |
| DENISE D. ALEXANDER, | |
| Defendant. | |

**O R D E R**

**AND NOW**, this  27th  day of July, 2009, upon consideration of the Motion to Intervene and Stay filed by James Tyler, Guardian *ad Litem* for Nyfese Taylor (Doc. No. 4), and the response thereto, it is hereby **ORDERED** that the Motion is **DENIED**.  It is further **ORDERED** that this case be placed in **SUSPENSE** pending the conclusion of proceedings in Commonwealth v. Alexander, No. CP-51-CR-0014766-2008, presently in the Court of Common Pleas of Philadelphia County.

BY THE COURT:

 /s/ Robert F. Kelly
ROBERT F. KELLY
SENIOR JUDGE